U.S. District Court for the Northern District Of Illinois
Attorney Appearance Form

Case Title: Pope v. Papa Johns International, Inc. and Cognizant Technology Solutions Corp.

Case Number: 1:22-cv-05508

An appearance is hereby filed by the undersigned as attorney for:
Cognizant Technology Solutions Corporation

Attorney name (type or print): Matthew D. Provance

Firm: Mayer Brown LLP

Street address: 71 S. Wacker Drive

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6300603
(See item 3 in instructions)

Telephone Number: (312) 701-8598

Email Address: mprovance@mayerbrown.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | | ✔ |
| Are you a member of the court's trial bar? | | ✔ |
| If this case reaches trial, will you act as the trial attorney? | | ✔ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
   ☐ Federal Defender
   ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on October 7, 2022

Attorney signature: S/ Matthew D. Provance
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015