

**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**                                                                                    312-435-5670
**Clerk**

Date: October 11, 2022

**Carl V. Malmstrom**
Wolf Haldenstein Adler Freeman & Herz LLC
111 W. Jackson Blvd.
Suite 1700
Chicago, IL 60604

RE: Pope v. Papa John's International, Inc. et al
USDC Case Number: 22cv5508

Dear Counselor:

The records of this office indicate that on 10/7/2022 a notice of removal pursuant to 28 USC
1441 et seq. was filed with this court in connection with the above referenced matter.  The notice
lists the circuit court case number as 2022CH08642. The documents filed with the notice of
removal list you as counsel for the plaintiff.

The purpose of this letter is to inform you that the Local Rules of this Court require that an
appearance form be filed by an attorney who intends to represent a party in any proceeding
before this Court. For your convenience, a copy of this form is located on the District Court
website at http://www.ilnd.uscourts.gov/OnlineForms.aspx.

Sincerely,
Thomas G. Bruton, Clerk

By: /s/N. Finley-Rhodes_____
        Deputy Clerk

Enclosure

Rev. 09/23/2016