# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NICHOLAS POPE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PAPA JOHN'S INTERNATIONAL d/b/a PAPA JOHNS, and COGNIZANT TECHNOLOGY SOLUTIONS CORPORATION,<br><br>Defendants. | Case No. 1:22-cv-5508<br><br>Honorable Edmond E. Chang |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Nicholas Pope hereby dismisses without prejudice all claims against all Defendants.

Dated: December 1, 2022

Respectfully submitted,

By: */s/ Max S. Roberts*
    Max S. Roberts

Max S. Roberts
**BURSOR & FISHER, P.A.**
888 Seventh Avenue
New York, NY 10019
Tel: (646) 837-7150
Fax: (212) 989-9189
Email: mroberts@bursor.com

Carl V. Malmstrom
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
111 W. Jackson Blvd., Suite 1700
Chicago, IL 60604
312-984-0000
Fax: 212-686-0114

1

Email: malmstrom@whafh.com

*Counsel for Plaintiff*